# EXHIBIT O



David H. Haft
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
David.Haft@lewisbrisbois.com
Direct: 954.828.0357

July 26, 2023

**VIA E-MAIL AND FED EX DELIVERY**

Shirin M. Vesely, Esq.  
Trenam Law  
200 Central Avenue  
Suite 1600  
St. Petersburg, Florida 33701  
E-Mail: svesely@trenam.com

Botetourt Health Care, LLC  
d/b/a Carrington Place at Botetourt Commons  
Attn: Administrator  
290 Commons Parkway  
Daleville, VA 24083

Re: **ARK Post Acute Network, LLC/ The Rehab Department, LLC- Breach of Therapy Services Agreement dated on or about October 1, 2015 (the "TSA") by Carrington Place at Botetourt Commons ("Carrington Place")- Demand for Payment**

Dear Ms. Vesely

This Firm represents The Rehab Department, LLC ("TRD") in connection with the above-described matter. Please allow this correspondence to serve as TRD's notice of default by Carrington Place pursuant to Section 5 of the TSA and demand for payment therein.[1] In accordance with the foregoing section of the TSA, a copy of this correspondence is also being sent to your client's notice address as provided under the terms of the TSA.

On or about October 1, 2015, your client, Carrington Place, a wholly owned subsidiary and/or affiliate of ARK Post Acute Network, LLC ("ARK"), entered into the TSA with TRD, wherein, in pertinent part, Carrington Place, as the operator of that certain licensed skilled nursing facility located

---

[1] A copy of the TSA is attached for your reference.

Shirin M. Vesely, Esq.
July 26, 2023
Page 2

at 290 Commons Parkway, Daleville, VA 24083 (the "Facility"), agreed, in pertinent part, to retain the services of TRD to provide its patients at the Facility with, *inter alia,* speech-language pathology, physical and occupational therapy services (collectively, the "Rehabilitation Services") pursuant to the terms and conditions set forth therein. As provided under the express terms of the TSA, specifically, under Sections 2 and 3 thereunder, your client was required to make payment to TRD for Rehabilitation Services rendered to patients at the Facility within the earlier of (i) ninety (90) days following receipt of TRD's invoice for services; or ii) forty-five (45) days **following receipt of Carrington Place's Notice of Termination** of the TSA pursuant to Sections 4.2 and 4.7 thereunder.[2] As you are aware, pursuant to that certain written notice dated on or about March 28, 2023 sent by ARK on behalf of Carrington Place and the Facility, Carrington Place notified TRD of its intent to terminate the TSA without cause pursuant to Section 4.2(a) therein (the "Termination Notice"), a copy of which correspondence is attached hereto, effective as of 11:59 p.m. on April 30, 2023 (the "Termination Date").

Thereafter, following receipt of the Termination Notice, and in accordance with its obligations under the terms of the TSA, on or about April 30, 2023, TRD provided Carrington Place with its final invoice for services for Rehabilitation Services (Invoice No. 1425) in the amount of $44,750.72, the payment for which was due on or before June 15, 2023 [or 45 days after the Termination Date]. However, notwithstanding your client's obligation to make payment in full of the outstanding sums

---

[2] As further provided by the express terms of the TSA, failure by Carrington Place to make payment of TRD's invoice in accordance with the TSA, such outstanding amounts shall incur accrued interest at the rate of two percent (2%) per annum until paid in full.

Shirin M. Vesely, Esq.
July 26, 2023
Page 3

on or before June 15, 2023, and despite repeated demand by TRD, as of the date of this correspondence, Carrington Place has failed to make payment of said amounts due and owing to TRD and otherwise refused to satisfy its obligations owed to TRD thereunder in direct violation of your client's obligations under the TSA. For the avoidance of doubt, please be advised that pursuant to Section 3 of the TSA, the foregoing sums shall continue to accrue interest at the above rate until paid in full by Carrington Place.

Accordingly, based on the foregoing, DEMAND is hereby made for payment by Carrington Place in the amount of $44,966.50 to TRD for Rehabilitation Services rendered prior to the Termination Date, plus $5,000.00 for TRD's legal fees incurred as a result of Carrington Place's breaches under the TSA, as more fully described herein, within seven (7) days of this correspondence. Please be advised that in the event Carrington Place fails to make payment of the foregoing sums to this office on behalf of TRD on or before the above deadline, TRD may, without further notice, and without limitation, commence litigation against Carrington Place and/or ARK to enforce its rights and remedies under the terms of the TSA, including to recover its attorneys' fees and costs relating to same. TRD further reserves all of its available rights and remedies under applicable law.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Very truly yours,

/s/ David H. Haft

DAVID H. HAFT of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

Shirin M. Vesely, Esq.
July 26, 2023
Page 4


cc: ARK Post Acute Network, LLC
DHH
Encls.