UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 23-cv-02554-SDM-JSS

**THE REHAB DEPARTMENT, LLC**, a Wyoming Limited Liability Company,

      Plaintiff,

v.

**ARK POST ACUTE NETWORK, LLC, CAMBRIDGE SIERRA HOLDINGS, LLC d/b/a RECHE CANYON REHAB AND HEALTH CARE CENTER, BIRDMONT HEALTH CARE, LLC d/b/a CARRINGTON PLACE AT WYTHEVILLE, EAST LAKE REHAB & CARE CENTER, LLC d/b/a TRINITY REGIONAL REHAB CENTER, LA OLD HAMMOND HWY, LLC d/b/a PINES RETIREMENT CENTER OF BATON ROUGE, CARRINGTON PLACE REHAB-NURSING, LLC d/b/a CARRINGTON PLACE OF ST. PETE, ESSEX REHAB & CARE CENTER, LLC d/b/a CARRINGTON PLACE OF TAPPAHANNOCK, BOTETOURT HEALTH CARE, LLC d/b/a CARRINGTON PLACE AT BOTETOURT COMMONS, LA WESTFORK, LLC d/b/a WHITE OAK POST-ACUTE CARE, LA FIRST STREET, LLC d/b/a SPRINGHILL POST ACUTE & MEMORY CARE,** and **NORFOLK AREA SENIOR CENTER, LLC d/b/a GREENBRIER REGIONAL MEDICAL CENTER,**

      Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

131762810.1

Pursuant to Local Rule 2.02 (a) and [D.E. 6], Plaintiff, The Rehab Department, LLC, hereby designates David H. Haft, Esq., as Lead Counsel for Plaintiff in this matter.

Dated: November 9, 2023

                Respectfully submitted,

                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                *Counsel for Plaintiff*
                110 Southeast Sixth Street, Suite 2600
                Fort Lauderdale, Florida 33301
                Telephone: (954) 728-1280
                Facsimile: (954) 678-4090
                E-Service: ftlemaildesig@lewisbrisbois.com

                By:/s/ David H. Haft
                David H. Haft, Esq.
                Florida Bar No.: 68992
                david.haft@lewisbrisbois.com
                Maximilien Palenzuela, Esq.
                Florida Bar No.: 1031444
                max.palenzuela@lewisbrisbois.com