UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE REHAB DEPARTMENT, LLC,
a Wyoming Limited Liability Company,

       Plaintiffs,                                   Case No. 8:23-cv-02554

v.

ARK POST ACUTE NETWORK, LLC, et al.
_____/

## NOTICE OF APPEARANCE

Amy L. Drushal, Esquire, of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. enters her appearance as counsel of record on behalf of Defendants, ARK Post Acute Network, LLC, LA Westbrook, LLC d/b/a White Oak Post-Acute Care, Birdmont Health Care, LLC d/b/a Carrington Place at Wytheville, Carrington Place Rehab-Nursing, LLC d/b/a Carrington Place of St. Pete, Botetourt Health Care, LLC d/b/a Carrington Place at Botetourt Commons, East Lake Rehab & Care Center, LLC d/b/a Trinity Regional Rehab Center, LA Old Hammond Hwy, LLC d/b/a Pines Retirement Center of Baton Rouge, Essex Rehab & Care Center, LLC d/b/a Carrington Place of Tappahannock, LA First Street, LLC d/b/a Springhill Post Acute & Memory Care, Norfolk Area Senior Center, LLC d/b/a Greenbrier Regional Medical Center and Cambridge Sierra Holdings, LLC d/b/a Reche Canyon Rehab and Health Care Center ("Defendants") in this action and requests that the

undersigned be served with all papers required or permitted to be served on Defendants in this action.

/s/ Amy L. Drushal
Amy L. Drushal, FBN 546895
adrushal@trenam.com/ kkovach@trenam.com
Shirin M. Vesely, FBN 21156
svesely@trenam.com/ lvalente@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL  33602
T: (813) 223-7474 /  Fax: (813) 229-6553
Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on November 22, 2023, I electronically filed the Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

/s/ Amy L. Drushal
Attorney