IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE REHAB DEPARTMENT, LLC,

    Plaintiff,                                                 Case No. 8:23-cv-02554

v.

ARK POST ACUTE NETWORK, LLC, et al.,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, ARK Post Acute Network, LLC, LA Westfork, LLC d/b/a White Oak Post-Acute Care, Birdmont Health Care, LLC d/b/a Carrington Place at Wytheville, Cplace of St. Pete d/b/a Carrington Place of St. Pete, Botetourt Health Care, LLC d/b/a Carrington Place at Botetourt Commons, East Lake Rehab & Care Center, LLC d/b/a Trinity Regional Rehab Center, LA Old Hammond Hwy, LLC d/b/a Pines Retirement Center of Baton Rouge, Essex Rehab & Care Center, LLC d/b/a Carrington Place of Tappahannock, LA First Street, LLC d/b/a Springhill Post Acute & Memory Care, Norfolk Area Senior Center, LLC d/b/a Greenbrier Regional Medical Center and Cambridge Sierra Holdings, LLC d/b/a Reche Canyon Rehab and Health Care Center ("Defendants") pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, disclose the following:

1. The name of each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, publicly-traded company that owns 10% or more of a party's stock, and other identifiable and related legal entity -- that has or might have an interest in the outcome of this litigation:

**ENTITIES**

a. ARK Post Acute Network, LLC, Defendant
b. LA Westfork, LLC d/b/a White Oak Post-Acute Care, Defendant
c. Birdmont Health Care, LLC d/b/a Carrington Place at Wytheville, Defendant
d. Cplace of St. Pete, LLC d/b/a Carrington Place of St. Pete, Defendant
e. Botetourt Health Care, LLC d/b/a Carrington Place at Botetourt Commons, Defendant
f. East Lake Rehab & Care Center, LLC d/b/a Trinity Regional Rehab Center, Defendant
g. LA Old Hammond Hwy, LLC d/b/a Pines Retirement Center of Baton Rouge, Defendant
h. Essex Rehab & Care Center, LLC d/b/a Carrington Place of Tappahannock, Defendant
i. LA First Street, LLC d/b/a Springhill Post Acute & Memory Care, Defendant
j. Norfolk Area Senior Center, LLC d/b/a Greenbrier Regional Medical Center, Defendant
k. Cambridge Sierra Holdings, LLC d/b/a Reche Canyon Rehab and Health Care Center, Defendant
l. The Rehab Department, LLC ("Plaintiff"), Plaintiff
m. ARK MGMT Holdings, LLC, member of Defendant ARK

**PERSONS**

a. Remko Van Der Voordt
b. Ben Atkins
c. Kimberly Justiniano
d. Andrea Ford Berthelot
e. Roy Bush Bridges, II

**LAW FIRMS AND ATTORNEYS**

    a.    Trenam, Kemker, Scharf, Barkin, Frye, O'Neill and Mullis, P.A. - attorneys for Defendants

    b.    Shirin Vesely - attorney for Defendants;

    c.    Amy L. Drushal - attorney for Defendants;

    d.    Lewis Brisbois Bisgaard & Smith LLP– attorneys for Plaintiff

    e.    David Haft– attorney for Plaintiff

2.    The name of every other entity whose publicly-traded shares or debt may be affected by the outcome of the proceedings:

    a.    None known.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a.    None known.

4.    The name of each person arguably eligible for restitution:

    a.    None known.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen (14) days after I know of a conflict.

**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully submitted,

/ s/  Amy L. Drushal
Amy L. Drushal, FBN 546895
adrushal@trenam.com/ kkovach@trenam.com
Shirin M. Vesely, FBN 21156
svesely@trenam.com/ lvalente@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL  33602
T: (813) 223-7474 /  Fax: (813) 229-6553
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January 2024, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Amy Drushal
Attorney