## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE REHAB DEPARTMENT, LLC,
a Wyoming Limited Liability Company,

      Plaintiffs,                                       Case No. 8:23-cv-02554

v.

ARK POST ACUTE NETWORK, LLC, et al.
_____/

## NOTICE OF A RELATED ACTION

Defendants hereby file this Notice of Related Action as required by the Local Rules and state the following:

I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

**[signatures on following page]**

        */s/ Amy L. Drushal*
Amy L. Drushal, FBN 546895
adrushal@trenam.com/kkovach@trenam.com
Shirin M. Vesely, FBN 21156
svesely@trenam.com/lvalente@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL  33602
T: (813) 223-7474 / Fax: (813) 229-6553

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 18, 2024, I electronically filed the Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

        */s/ Amy L. Drushal*
        Attorney