\UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 23-CV-02554-SDM-JSS

**THE REHAB DEPARTMENT, LLC**, a Wyoming Limited Liability Company,

    Plaintiff,

v.

**ARK POST ACUTE NETWORK, LLC, CAMBRIDGE SIERRA HOLDINGS, LLC d/b/a RECHE CANYON REHAB AND HEALTH CARE CENTER, BIRDMONT HEALTH CARE, LLC d/b/a CARRINGTON PLACE AT WYTHEVILLE, EAST LAKE REHAB & CARE CENTER, LLC d/b/a TRINITY REGIONAL REHAB CENTER, LA OLD HAMMOND HWY, LLC d/b/a PINES RETIREMENT CENTER OF BATON ROUGE, CARRINGTON PLACE REHAB-NURSING, LLC d/b/a CARRINGTON PLACE OF ST. PETE, ESSEX REHAB & CARE CENTER, LLC d/b/a CARRINGTON PLACE OF TAPPAHANNOCK, BOTETOURT HEALTH CARE, LLC d/b/a CARRINGTON PLACE AT BOTETOURT COMMONS, LA WESTFORK, LLC d/b/a WHITE OAK POST-ACUTE CARE, LA FIRST STREET, LLC d/b/a SPRINGHILL POST ACUTE & MEMORY CARE, and NORFOLK AREA SENIOR CENTER, LLC d/b/a GREENBRIER REGIONAL MEDICAL CENTER,**

    Defendants.
_____/

## NOTICE OF MEDIATION

Pursuant to Order of Referral to Mediation [D.E. 36], the parties hereby give Notice that mediation shall take place on June 26, 2024, with mediator, Robert Daisley, at 4006 MacDill Avenue, Tampa, Florida 33611.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/ David H. Haft*
David H. Haft, Esq.
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com
Pedro S. Quintana, Esq.
Florida Bar No.: 1024611
pedro.quintana@lewisbrisbois.com
niki.swain@lewisbrisbois.com
Maximilien Palenzuela, Esq.
Florida Bar No.: 1031444
max.palenzuela@lewisbrisbois.com
shantaye.bailey@lewisbrisbois.com

## CERTIFICATE OF SERVICE

    I certify that on March 8, 2024, a true and correct copy of the forgoing was filed with the Clerk of the Court using the CM/ECF filing system, which will serve a true and correct copy of the same to all attorneys of record.

                                    By:/s/ *David H. Haft*
                                        David H. Haft, Esq.