# EXHIBIT A

Ed Murray, WY Secretary of State
FILED: 08/10/2015 09:22 AM
ID: 2015-000692511

# ARTICLES OF ORGAN
## OF
### The Rehab Department, LLC

## A LIMITED LIABILITY COMPANY

I. The name of the limited liability company is The Rehab Department, LLC

II. The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III. The purpose for which the limited liability company is organized is: <u>any lawful purpose except for the purposes of banking and insurance</u>.

IV. The name and address of its registered agent is:

Capital Administrations, LLC
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001

(The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V. The mailing address of the principal office:

1712 Pioneer Ave. Ste. 500
Cheyenne, WY 82001

VI. The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 5th day of August, 2015.

DeAnna Montemayor, on behalf of
Capital Administrations, LLC, Organizer
tax@wyomingcompany.com

Received
AUG 5 2015
Secretary of State
Wyoming

# CONSENT TO
# APPOINTMENT BY REGISTERED AGENT

I. Capital Administrations, LLC, located at 1712 Pioneer Ave. Ste. 115 Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for The Rehab Department, LLC, on the date shown below;

II. The registered agent certifies that it is a domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office.

III. The undersigned by and on behalf of Capital Administrations, LLC, hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 5th day of August, 2015.

DeAnna Montemayor, on behalf of
Capital Administrations, LLC

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD F. MURRAY, III, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**The Rehab Department, LLC**

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **10th** day of **August, 2015**.



_____
Secretary of State

By: _____Chris Hoshaw_____

Filed Date: 08/10/2015