# EXHIBIT E

# Clearwater Partners Lending

June 28, 2024

Remko van der Voordt
2513 Beach Blvd S
Gulfport, FL 33707


CT CORPORATION SYSTEMS
Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324


Re: Exercise of Warrant


Dear Member(s) of The Rehab Department,

This letter serves as formal notification that Mr. Benjamin Atkins, holder of a certain Warrant dated August 10, 2015, has elected to exercise his rights under said Warrant to purchase ownership interest in The Rehab Department, LLC, a Wyoming limited liability company (the "Company").

In keeping with Clause 1.1 of the Warrant, Mr. Atkins has hereby executed his right to acquire an eighty-three percent (83%) ownership interest in the Company. Enclosed please find the Warrant surrendered in accordance with the terms prescribed in the governing document.

Moreover, in compliance with the terms detailed in the Warrant, Mr. Atkins has formalized the assignment of the newly acquired eighty-three percent (83%) interest, which is valued at One Dollar ($1.00 USD), to Clearwater Partners Lending, LLC, a Florida limited liability company. Please note that Clearwater Partners Lending, LLC functions under the sole ownership and operation of Mr. Benjamin Atkins. Please find the enclosed cashier's check in the required purchasing amount of One Dollar and no Cents ($1.00 USD).

Please treat this communication as constituting official notice of the exercise of the Warrant and the consequent transfer of eighty-three percent (83%) ownership stake into The Rehab Department, LLC.

In accordance with Section 1.3 of the Warrant, we hereby request that The Rehab Department, LLC issue a stock certificate reflecting the eighty-three percent (83%) interest into the Company in the name of Mr. Atkins' assignee, Clearwater Partners Lending, LLC. The issuance is to take place within three (3) business days from the receipt of this notice.

Should you have any inquiries or require further clarification on this matter, do not hesitate to reach out to Ms. Virginia Hines at 727-422-2497 or via email at ginny@waterfall-capital.com.

We anticipate your prompt cooperation and thank you in advance for your attention to this matter.

Sincerely,

Virginia Hines, Esq.
Counsel
Clearwater Partners Lending
e:ginny@waterfall-capital.com
c: 727.422.2497


Enclosure: Warrant Document

cc: Mr. Benjamin Atkins, Clearwater Partners Lending, LLC