# EXHIBIT F

August 01, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 777185864818

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | V.VANDERVOORDT | **Delivery Location:** | 2513 BEACH BLVD S |
| **Service type:** | FedEx 2Day AM | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | GULFPORT, FL, 33707 |
| | | **Delivery date:** | Jul 15, 2024 10:01 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777185864818 | **Ship Date:** | Jul 9, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Remko van der Voordt,
2513 Beach Blvd S
GULFPORT, FL, US, 33707

**Shipper:**
Kevin Darmody, Waterfall Bank
500 McLennan St
Clearwater, FL, US, 33756



Thank you for choosing FedEx