# EXHIBIT H

August 01, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 777185977556

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | D.AVID | **Delivery Location:** | 110 SE 6TH ST 2600 |
| **Service type:** | FedEx 2Day AM | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | FORT LAUDERDALE, FL, 33301 |
| | | **Delivery date:** | Jul 11, 2024 09:58 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777185977556 | **Ship Date:** | Jul 9, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
David Haft, Lewis Brisbois
110 S.E. 6th Street
Suite 2600
FORT LAUDERDALE, FL, US, 33301

**Shipper:**
Kevin Darmody, Waterfall Bank
500 McLennan St
Clearwater, FL, US, 33756



Thank you for choosing FedEx