# EXHIBIT A

**Amy L. Drushal**

**From:** Haft, David <David.Haft@lewisbrisbois.com>
**Sent:** Tuesday, May 28, 2024 11:54 AM
**To:** Amy L. Drushal
**Cc:** Pasternak, Aviva; Quintana, Pedro; Shirin M. Vesely; Jade L. Turner
**Subject:** RE: TRD adv ARK

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you know the content is safe.

Amy—

As discussed, we are agreeable to narrowing the scope of our requests to include only the TRD TSA's, services and related invoices. We agree to limit the requests concerning contracts, Medicaid act, etc., to the TRD, TRD specific contracts and services. To the extent your clients entered into new TSA's or there are communications with respect to replacing TRD, we are also seeking those documents and communications. We can agree to narrow the time from January 2017, but not January 2020.

Second, in addition to the below documents, we are also requesting that documents/communications relating to the respective TSA's and termination of same be produced prior to mediation. Subject to your client's agreement and production of these documents by 6/17, we are authorized to agree to your requested 30 day extension on the remaining responses and production. Please provide me with any proposed confidentiality agreement and/or HIPAA documents as well so we can get those finalized and executed.

Please confirm the terms of our agreement above.

Thank you.



**David H. Haft**
**Partner**
**David.Haft@lewisbrisbois.com**

**T: 954.828.0357 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified 2022-2023

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Amy L. Drushal <ADrushal@trenam.com>
**Sent:** Tuesday, May 28, 2024 9:54 AM
**To:** Haft, David <David.Haft@lewisbrisbois.com>

1

**Cc:** Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>; Shirin M. Vesely <SVesely@trenam.com>; Jade L. Turner <JTurner@trenam.com>
**Subject:** [EXT] RE: TRD adv ARK

Hi David:

Following up on the below. Please let me know if you and your client agree as we need to file our motion today if not. Our client has confirmed that we can get you the responsive documents for the 4 categories of documents prior to the mediation. Thanks,

Amy





**AMY L. DRUSHAL | ATTORNEY**
Dir: 813-227-7463 | Cell: 727-424-5041 | Fax: 813-227-0463 | email | vcard | bio

101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Amy L. Drushal
**Sent:** Thursday, May 23, 2024 8:52 PM
**To:** Haft, David <David.Haft@lewisbrisbois.com>
**Cc:** Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>; Shirin M. Vesely <SVesely@trenam.com>; Jade L. Turner <JTurner@trenam.com>
**Subject:** RE: TRD adv ARK

David:

Thanks for speaking with me earlier. Below is a summary of our discussion – please let me know if I am incorrect on anything.

First, we discussed that you agree that you will narrow the scope of the requests such that any requests are seeking only information related to TRD's rehabilitation services provided to each of the entities and as related to the outstanding invoices. For example, in number one of the Tappahannock (which I think is the same in all of the requests), where you seek all agreements between the facility and any government agency related to the Medicaid Act, this is limited only as to the services provided by TRD, correct? Similarly, for any requests that are not limited in scope, you agree that the request is seeking only documents related to the services provided by TRD, correct? We also discussed that the time scope is all documents since January 2015. Can we agree that the time scope should be January 2020?

Second, the basis for your denial of our extension request was, at least in part, that you needed the documents before mediation. It is unlikely that you need documents responsive to all 697 requests prior to the mediation, so I asked whether there were certain categories of documents that you believed were necessary for the mediation and you stated that you need the following before mediation:

1) Documents, including internal records and communications, regarding the services provided by TRD to each Defendant for the invoices that are in dispute.
2) Documents and communications related to any Medicaid or Medicare reimbursement received for the services that were provided related to the disputed invoices.
3) Any internal records or communications related to the reasons that Defendants did not pay the disputed invoices.
4) Documents or communications related to the third party contracts between TRD and Centra Healthcare Solutions, CoreMedical Group, Jackson Therapy Partners, LLC and Fusion Medical Staffing, LLC (related to Tappahannock and Bottencourt).

Please let me know if I have accurately summarized the documents that you need prior to mediation. If so, lets discuss with our clients to see if 1) your client agrees to an extension of 30 days if we are able to produce these 4 categories of documents prior to the mediation; 2) my clients have any such information and can produce the documents before the mediation date. If we can meet this deadline as to these 4 categories of documents, the responsive documents obviously would not include any documents protected by attorney client privilege or work product doctrine. Also, to the extent that the documents may contain patient information, we will need a HIPAA protective order before production.

Happy to discuss further, but we need to get our motion for extension filed early next week if we cannot come to an agreement. I appreciate your willingness to work on narrowing the scope of the requests and trying to work with us to accommodate our extension request in a way that might work for both parties. Good luck at your hearing tomorrow.

Amy



**AMY L. DRUSHAL | ATTORNEY**
Dir: 813-227-7463 | Cell: 727-424-5041 | Fax: 813-227-0463 | email | vcard | bio



101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Haft, David <David.Haft@lewisbrisbois.com>
**Sent:** Thursday, May 23, 2024 3:20 PM
**To:** Amy L. Drushal <ADrushal@trenam.com>
**Cc:** Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>
**Subject:** RE: TRD adv ARK

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you know the content is safe.

Amy—

Just tried you back. Please give me a call at your earliest convenience.

Thank you.



**David H. Haft**
**Partner**
David.Haft@lewisbrisbois.com

**T: 954.828.0357 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

**Mansfield Rule**
**Certified 2022-2023**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Amy L. Drushal <ADrushal@trenam.com>
**Sent:** Thursday, May 23, 2024 3:06 PM
**To:** Haft, David <David.Haft@lewisbrisbois.com>
**Cc:** Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>
**Subject:** [EXT] RE: TRD adv ARK

I just tried to call you but it went to voicemail.



**AMY L. DRUSHAL | ATTORNEY**
Dir: 813-227-7463 | Cell: 727-424-5041 | Fax: 813-227-0463 | email | vcard | bio



101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Haft, David <David.Haft@lewisbrisbois.com>
**Sent:** Thursday, May 23, 2024 12:28 AM
**To:** Amy L. Drushal <ADrushal@trenam.com>
**Cc:** Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>
**Subject:** RE: TRD adv ARK

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you know the content is safe.

I am traveling for a hearing in NY, but should be available in the afternoon to speak. Please give me a call after 130.

Thank you.



**David H. Haft**
**Partner**
David.Haft@lewisbrisbois.com

**T: 954.828.0357 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

Representing clients from coast to coast. View our locations nationwide.

**Mansfield Rule Certified 2022-2023**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Amy L. Drushal <ADrushal@trenam.com>
**Sent:** Wednesday, May 22, 2024 10:34 PM
**To:** Haft, David <David.Haft@lewisbrisbois.com>
**Subject:** [EXT] RE: TRD adv ARK

Sorry I missed your call; I had a firm event tonight and couldn't call you back. Let me know if you have time to talk tomorrow. I am open any time after 130.



**AMY L. DRUSHAL | ATTORNEY**
Dir: 813-227-7463 | Cell: 727-424-5041 | Fax: 813-227-0463 | email | vcard | bio



101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

5

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Haft, David <David.Haft@lewisbrisbois.com>
**Sent:** Wednesday, May 22, 2024 1:01 PM
**To:** Amy L. Drushal <ADrushal@trenam.com>
**Cc:** Shirin M. Vesely <SVesely@trenam.com>; Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; Quintana, Pedro <Pedro.Quintana@lewisbrisbois.com>
**Subject:** RE: TRD adv ARK

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you know the content is safe.

Amy—

While we don't have any objection to providing you an extension of time to respond to our discovery requests, we cannot agree to provide you with the requested 30 days. We need the documents requested in advance of our 6/26 mediation conference. Subject to your agreement that you will produce the requested responsive documents, as opposed to just serving responses and objections, we can agree to an extension of time through June 17th, which is an additional 2 weeks from the current 6/3 deadline.

Please confirm whether we have an agreement regarding the production and we can stipulate to the additional 14 days thank you



**David H. Haft**
**Partner**
David.Haft@lewisbrisbois.com

**T: 954.828.0357 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule
Certified 2022-2023

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Amy L. Drushal <ADrushal@trenam.com>
**Sent:** Tuesday, May 21, 2024 4:23 PM

6

**To:** Haft, David <David.Haft@lewisbrisbois.com>
**Cc:** Shirin M. Vesely <SVesely@trenam.com>
**Subject:** [EXT] TRD adv ARK

Hi David:

I am getting ready for another jury trial that starts June 3 and Shirin has had back to back to back depositions and has an arbitration this week so we have not been able to get the discovery completed. I think the deadline for the first set is due June 3. Can we have a 30 day extension to respond to all of the discovery? Thanks,

Amy



**AMY L. DRUSHAL | ATTORNEY**
Dir: 813-227-7463 | Cell: 727-424-5041 | Fax: 813-227-0463 | email | vcard | bio



101 East Kennedy Boulevard, Suite 2700, Tampa, FL 33602
Main: 813-223-7474 | www.trenam.com

WIRE FRAUD ADVISORY: Due to the increased risk associated with wire fraud and e-mail hacking and phishing attacks, in the event you receive an e-mail from Trenam Law containing wire transfer instructions, please call Trenam Law using previously known contact information and NOT information provided in the email, to verify the information contained in the wire transfer instructions prior to wiring funds.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, or by telephone at the direct dial number above and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.