**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

------------------------------------------------------------X

THE REHAB DEPARTMENT, LLC,                CASE NO.:8:23-cv-2554-SDM-LSG

    *Plaintiff*,

v.

ARK POST ACUTE NETWORK, LLC, et al.,

    *Defendants.*

------------------------------------------------------------X

**NOTICE OF MEDIATION**

    Pursuant to Order of Referral to Mediation [D.E. 69], the parties hereby give Notice that mediation shall take place on April 9, 2025, with mediator, Joseph H. Varner III, Esq., beginning at 10:30 a.m., at 100 North Tampa Street, Suite 4100, Tampa, Florida 33602.

    Respectfully submitted,

    */s/David H. Haft*
    David H. Haft, Esq.
    Florida Bar No. 68992
    dhaft@darroweverett.com
    **DarrowEverett LLP**
    1 SE 3rd Ave, Suite 2520
    Miami, FL 33131
    Telephone: (305) 686-5159
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I certify that on March 14, 2025, a true and correct copy of the forgoing was filed with the Clerk of the Court using the CM/ECF filing system, which will serve a true and correct copy of the same to all attorneys of record.

    */s/David H. Haft*
    David H. Haft, Esq.